UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>)<br>(5)    ROBERT FLAXMAN, )<br>)<br>Defendant ) | No. 19-CR-10117-IT-5 |

## ASSENTED TO MOTION TO SEAL

The United States of America hereby respectfully moves the Court pursuant to Local Rule 7.2 to seal Exhibits A-H to the Government's Supplemental Sentencing Memorandum Concerning Defendant Robert Flaxman.  Counsel for the defendant has informed undersigned counsel that it assents to this motion.

As discussed in the Government's Supplemental Sentencing Memorandum, Exhibits A-H include copies of various communications between Flaxman and Rick Singer as well as test score reports and a medical evaluation relating to the Defendant's daughter. As grounds for this motion, the Government states that these Exhibits contain detailed information relating to Flaxman's daughter, including materials concerning her biographical and confidential medical information. While no protective order has been entered in this case, this is the type of information subject to protective orders in the related cases of *United States v. Sidoo et al.* (19-CR-10080-NMG) and *United States v. Ernst et al.* (19-CR-10081-IT). *See* D.E. 377 and 165, respectively. Accordingly, and for the reasons set forth in the Government's motions for protective orders in those cases (*see* D.E. 317 and 145, respectively), the Government respectfully submits that there is good cause to protect the personal and sensitive information regarding Flaxman's daughter contained in Exhibits

A-H from unnecessary public disclosure.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANDREW E. LELLING<br>UNITED STATES ATTORNEY |
| Dated:  October 11, 2019       By: | */s/ Justin O'Connell*<br>JUSTIN D. O'CONNELL<br>ERIC S. ROSEN<br>LESLIE A. WRIGHT<br>KRISTEN A. KEARNEY<br>Assistant United States Attorneys |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of records for each other party by CM/ECF on October 11, 2019.

By: */s/ Justin D. O'Connell*
JUSTIN D. O'CONNELL