UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT FLAXMAN,<br><br>Defendant. | Case No. 1:19-cr-10117-IT |

**DEFENDANT ROBERT FLAXMAN'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL SENTENCING MEMORANDUM**

Defendant Robert Flaxman respectfully moves for leave to file a brief supplemental sentencing memorandum to address one claim in the government's sentencing memorandum that was not made in the Complaint, Information, Rule 11 hearing, or PSR, as well as certain exhibits that the government has attached to its motion. The proposed supplemental sentencing memorandum is "Attachment A" to this motion.

Date: October 11, 2019

Respectfully submitted,

ROBERT FLAXMAN,

By His Attorneys:

 /s/ William D. Weinreb
William D. Weinreb (BBO #557826)
Michael T. Packard (BBO #676934)
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
michaelpackard@quinnemanuel.com
billweinreb@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel of record for the Government and all defense counsel on October 12, 2019.

/s/ William D. Weinreb
William D. Weinreb